United States Bankruptcy Court for the District of New Jersey

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

Order Filed on September 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:
William G. Geer,

Debtor.

Bankruptcy Case 26-14268

Hearing Date: September 9, 2026

Judge: Vincent F. Papalia

**ORDER (I) DENYING DEBTOR'S MOTION TO REOPEN CASE TO ENFORCE DISCHARGE INJUNCTION AND OTHER RELIEF; AND (II) WAIVING FILING FEE ON MOTION TO REOPEN CASE**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 11, 2026**

Vincent F. Papalia
Honorable Vincent F. Papalia
United States Bankruptcy Judge

---

THIS MATTER, being opened to the Court upon a *Motion to reopen case to enforce the Discharge Injunction,* (the "Motion") filed by Steven Abelson, on behalf of debtor (the "Debtor") and Andrew Sklar Esq. having filed an objection on behalf of Herc Rentals, Inc; and himself; and the Court having considered the pleadings submitted in support of and in opposition to the Motion; and the Court having held a hearing on the Motion on September 9, 2026; and for the reasons set forth at the hearing, it is hereby;

**ORDERED** that the Debor's Motion to reopen case is hereby DENIED; and it is further,

**ORDERED** that the $260 fee for the filing of the Motion is hereby waived and shall be refunded to the Debtor or his attorney by the Clerk; provided, however, that if such fee was not paid by the Debtor or has already been refunded, no refund is required; and it is further

**ORDERED** that counsel for Herc Rentals shall serve a copy of this Order on the Debtor and his counsel within three (3) business days of its entry.